UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

    YOVANY PADILLA                    BK-10-12928
        Debtor                       CHAPTER 13

## MOTION TO DISMISS

Now comes John Boyajian, Trustee in the above-entitled matter, and moves this Court to dismiss the within Chapter 13 proceeding.

The basis for the Trustee's Motion is set forth in the accompanying Memorandum.

                               /S/ John Boyajian
                               John Boyajian, Trustee
                               Boyajian, Harrington & Richardson
                               182 Waterman Street
                               Providence, RI 02906
                               Tel: (401) 273-9600
                               Fax: (401) 273-9605

Within fourteen (14) days after service as evidenced by the certification (twenty (20) days for U.S. Government officers and agencies thereof), and an additional three (3) days pursuant to Fed.R.Bank.P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Bankruptcy Court Clerk's Office, 380 Westminster Mall, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

## CERTIFICATION

I hereby certify that a copy of the within Motion to Dismiss was mailed, postage prepaid, to Yovany Padilla, 132 Hendricks St., Central Falls, RI 02863 and electronically mailed to John Ennis, Esq. at jbelaw@aol.com on April 6, 2012

                               /s/ Dana A. Westerkamp