UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:
YOVANY PADILLA                                                       BK 10-12928
        Defendants                                                   CHAPTER 7

### NOTICE OF CONVERSION
### FROM CHAPTER 13 TO CHAPTER 7

You are hereby given notice that Debtor, YOVANY PADILLA, is voluntarily converting his Chapter 13 case to a Chapter 7.

                                Respectfully submitted,
                                YOVANY PADILLA
                                By his attorney,

                                /s/ Jacqueline M. Grasso, Esq.
                                35 Highland Avenue
                                East Providence, RI 02914
                                401-438-3800
                                RI Bar # 6315
                                jgrasso@abcglawfirm.com

Dated: April 11, 2012

### CERTIFICATION OF SERVICE

I hereby certify that on April 11, 2012, I electronically filed the above NOTICE OF CONVERSION with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:
Office of the U.S. Trustee, John B. Ennis, Esq., and John Boyajian, Trustee; and I hereby certify that I have mailed on this date via pre-paid US Postal Service, the within document to the following:

                        /s/ Jacqueline M. Grasso, Esq.

P.O. Box 15019
Wilmington DE 19850


Central Falls Tax Collector
500 Broad Street
Central Falls RI 02863


Centro Evangelistico
435 West Avenue
Pawtucket RI 02860


Citizens Bank Card Services
P.O. Box 42010
Providence RI 02940


Digital Federal Credit Union
220 Donald Lynch Blvd
Marlborough MA 01752


Home Depot Credit Services
Processing Center
Des Moines IA 50364


JCPenney
P.O. Box 960090
Orlando FL 32896


Kohl's
PO Box 2983
Milwaukee WI 53201-2983


Macy's
P.O. Box 689195
Des Moines IA 50368-9195


National City Mortgage
c/o PNC Mortgage
3232 Newmark Drive
Miamisburg OH 45342


PNC Mortgage
3232 Newmark Drive
Miamisburg OH 45342

Sears Credit Cards
P.O. Box 183082
Columbus OH 43218-3082


Pawtucket Credit Union
1200 Central Ave
Pawtucket, RI 02860