United States Bankruptcy Court
District of Rhode Island

In re:                                                          Case No. 10-12928-anv
Yovany Padilla                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0103-1          User: jen              Page 1 of 2              Date Rcvd: Apr 12, 2012
                              Form ID: 144c          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2012.
db         +Yovany Padilla,   132 Hendricks Street,   Central Falls, RI 02863-1628
assignor   +FIA Card Services, N.A.,   655 Papermill Road,   Newark, DE 19711-7500
assignee   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court:  Portfolio Recovery Associates LLC,    P O BOX  41067,
             Norfolk, VA  23541)
cr         +PRA Receivables Management LLC,   PO Box 41067,   Norfolk, VA 23541-1067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court:  Portfolio Recovery Associates, LLC,    PO Box 41067,
             Norfolk, VA  23541)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 14, 2012**             **Signature:**   _Joseph Speetjens_

```
District/off: 0103-1           User: jen                Page 2 of 2                 Date Rcvd: Apr 12, 2012
                               Form ID: 144c            Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2012 at the address(es) listed below:
          Elizabeth A. Lonardo   on behalf of Creditor  PNC Bank, N.A elonardo@smsllaw.com,
           jreed@smsllaw.com;erodrigues@smsllaw.com
          Gary L. Donahue    ustpregion01.pr.ecf@usdoj.gov
          Jacqueline M. Grasso   on behalf of Debtor Yovany Padilla grassolaw@aol.com,
           jgrasso@abcglawfirm.com;lmartelly@abcglawfirm.com;nneis@abcglawfirm.com
          John  Boyajian    john@bhrlaw.com,  martha@bhrlaw.com
          John B. Ennis   on behalf of Debtor Yovany Padilla jbelaw@aol.com,   jbennisattorney@aol.com
          Lisa A. Geremia    lisa@geremiademarco.com,  RI03@ecfcbis.com
                                                                              TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

In Re: Yovany Padilla         BK No. 1:10−bk−12928

Debtor(s)                     Chapter 7

### ORDER SETTING POST CONVERSION DEADLINES

The above referenced case was converted to chapter 7 on **4/12/2012** .

1. Pursuant to LBR 1007−1(c), please be advised that the debtor is required to file the following documents within fourteen (14) days of the date of conversion, **no later than 4/26/2012** :

   - ☐ Chapter 13 Plan
   - ☐ RI Local Bankr. Form V
   - ☑ Form 22A
   - ☐ Form 22B
   - ☐ Form 22C
   - ☐ 20 Largest Creditor List
   - ☐ Exhibit A (corp. only)

2. Further, pursuant to Fed. R. Bankr.P. 1019(5)(A) and (B), the **debtor** in the superseded chapter 13 case or the **debtor in possession/trustee** in a superseded chapter 11 or 12 case, is hereby ORDERED to file with the court, with a copy to the local Office of the U.S. Trustee, **a Schedule of Post−Petition Debts and a creditor list** of the new post−petition creditors only, **no later than 4/26/2012** , (14 days from order of conversion). Said schedule shall list all unpaid debts incurred after the commencement of the prior chapter case and shall include a creditor list containing the name and address of each creditor.

3. Pursuant to Fed. R. Bankr. P. 1019(5)(A) and (B), the **trustee/debtor in possession** in the superseded chapter 11,12 or 13 case, is hereby ORDERED to file with the court, with a copy to the local Office of the U.S. Trustee, **a final report and account no later than 5/14/2012** (30 days from order of conversion).

**Failure to timely file all of the above required documents by the specified deadlines will result in the automatic issuance of an order to show cause why the case should not be dismissed and/or monetary sanctions imposed, as appropriate.**

*So Ordered:*

Entered on Docket: **4/12/12**
Document Number: **44**

144c.jsp

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Date: **4/12/12**

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*