# United States Bankruptcy Court
## District of Rhode Island

In re **Yovany Padilla**                                                                 Case No.  **10-12928**
                               Debtor(s)                                                         Chapter  **7**

## **STATEMENT**

    Debtor, Yovany Padilla, by and through counsel, represents that there are no post-petition creditors.

        Debtor,
        Yovany Padilla,
        by his attorney,

        /s/ Jacqueline M. Grasso, Esq.
        Jacqueline M. Grasso, Esq., #6315
        35 Highland Avenue
        East Providence, RI 02914
        401-438-3800

## CERTIFICATE OF SERVICE

    The undersigned certifies that a true and accurate copy of the within Statement was served on this 26th day of April 2012 via electronic mail to the Trustee, Lisa Geremia, and the US Trustee.

        /s/ Jacqueline M. Grasso